JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOHNNY LEE STEVENS,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No. EDCV 09-0918-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: June 18, 2009

R. Gary Klausner
United States District Judge